

**U.S. Department of Justice**

Executive Office for United States Attorneys

---

*Human Resources Staff*

*III Constitution Square*
*175 N Street, NE, Suite 7.800*
*Washington, DC 20530*

(202) 252-5300
FAX (202) 252-5301

**FILED**
**DEC 05 2023**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

December 5, 2023

Ms. Kristen R. Vogel
Assistant United States Attorney
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101

CV 23 80313 MISC

TSH

Dear Ms. Vogel:

You are hereby appointed as a Special Attorney to the United States Attorney General pursuant to 28 U.S.C. § 515. Subject to the terms and conditions set forth below, you are authorized to conduct in the Northern District of California any kind of legal proceedings, civil or criminal, including Grand Jury proceedings and proceedings before United States Magistrates, which United States Attorneys are authorized to conduct.

This appointment is effective the date of this letter and is made subject to the following terms and conditions, with which we ask that you express your concurrence by signing this letter and returning it to me:

1. This appointment is indefinite but maybe terminated at any time without cause.

2. With regard to all matters handled by you as a Special Attorney, you will report to, and act under, the direction of the United States Attorney General or their delegee, the United States Attorney for the Western District of Washington.

3. During and after the term of your appointment, you will be subject to all laws, regulations, and policies applicable to employees of the Department of Justice and to former employees which prohibit your disclosure to unauthorized persons of information obtained by you in the course of your work as a Special Attorney. These include, but are not limited to, the Standards of Ethical Conduct for Employees of the Executive Branch, 5 C.F.R. Part 2635 et seq.; federal conflict of interest laws, 18 U.S.C. §§ 207, 208, and 209; laws restricting the disclosure of certain confidential governmental information, 18 U.S.C. § 1905; the Freedom of Information Acts, 5 U.S.C. §§ 552 and 552a; and political activity restrictions, 5 U.S.C. § 7321 <u>et seq</u>.

4. You will serve without compensation other than that which you now receive as an employee of the Department of Justice.

5. Your Special Attorney appointment may be terminated at any time without cause or notice.

You may file a copy of this letter with the Clerk of the District Court to evidence this appointment.

Sincerely,

**JEWEL CAMPOS** Digitally signed by JEWEL CAMPOS
Date: 2023.12.05 11:37:42 -05'00'

Jewel Campos
Assistant Director, Operations
Human Resources Staff
Executive Office for United States Attorney

The foregoing terms and conditions are hereby agreed to and accepted:

**KRISTEN VOGEL** Digitally signed by KRISTEN VOGEL
Date: 2023.12.05 09:03:49 -08'00'

Kristen R. Vogel